# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2015

151269 & (21)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ALBION COLLEGE,
      Plaintiff-Appellee,

v

STOCKADE BUILDINGS, INC.,
      Defendant-Appellant,

and

R.W. MERCER, CO.,
      Defendant.

SC: 151269
COA: 322917
Calhoun CC: 2013-003308-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 9, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

      We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015 _____


Clerk

p0908